BAKER v. GRIFFIN. (No. 1552.)

(Court of Civil Appeals of Texas. Texarkana. Nov. 25, 1915.)

APPEAL AND ERROR ☞373—BONDS—NECESSITY.

Under Vernon's Sayles' Ann. Civ. St. 1914, art. 2113, declaring that the transcript shall contain a copy of the final judgment and notice of appeal bond, an appeal from an order denying a temporary injunction must be dismissed, where the transcript does not show or contain the appeal bond and none was filed within 15 days from the order of refusal.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2001–2004; Dec. Dig. ☞ 373.]

Appeal from District Court, Cass County; H. F. O'Neal, Judge.

Action between A. T. Baker and W. H. Griffin. From an order refusing a temporary injunction, the former appeals. Appeal dismissed.

A. T. Baker, of Linden, for appellant. Elmer L. Lincoln, of Linden, and Hugh Carney, of Atlanta, for appellee.

LEVY, J. The appeal is from an order of the district judge, made October 5, 1915, refusing to grant a temporary injunction. The transcript was filed in this court on October 16, 1915, and an appeal bond was separately and later filed in the office of the district clerk October 27, 1915, and in this court October 28, 1915. Appellee makes a motion to dismiss the appeal because the transcript does not show and contain an appeal bond (article 2113, Vernon's Sayles' Stat), and because no appeal bond has been filed within 15 days from the order of the district judge refusing the injunction. Cited: Hicks v. Murphy, 150 S. W. 955; Electric Co. v. Park, 155 S. W. 965.

It is believed the matter is jurisdictional, and the motion must be sustained, and the appeal dismissed.